# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

IGNACIO EUCLIDE ROMERO-ALCIVAR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1840

_____

October 10, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Teri K. Dees, Judge.

Ignacio Euclide Romero-Alcivar, pro se.

PER CURIAM.

Affirmed.

MORRIS, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.